IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN,                                                                PLAINTIFF
ADC #138119

v.                         CASE NO. 5:11CV00069 BSM/HDY

LARRY MAY, et al.                                                                   DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion to voluntarily dismiss his complaint [Doc. No. 28] is GRANTED, and Plaintiff's complaint be dismissed without prejudice.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and any judgment dismissing this action would be considered frivolous and not be taken in good faith.

Dated this 14th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE